**Motion Granted; Appeal Dismissed and Memorandum Opinion filed February 1, 2024**



**In The**

# Fourteenth Court of Appeals

---

### NO. 14-23-00907-CV

---

**SCOTT TRAVIS DAVISON, Appellant**

**V.**

**KOHL'S INC. AND VANESSA DAVIS, Appellee**

---

**On Appeal from the 11th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2020-76527**

---

### MEMORANDUM OPINION

This is an appeal from a judgment signed July 17, 2023. On January 16, 2024, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Hassan, Poissant, and Wilson.